IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRANDON YOUNG,
STEVEN L'ECUYER,
JOSHUA KELLEY, AND
KLYER HARTMAN,

    Plaintiffs,

v.                                                         22-cv-0541 KRS/SMV

H.H. ELECTRICAL, LLC,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     October 5, 2022, at 1:30 p.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **October 5, 2022, at 1:30 p.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                       **STEPHAN M. VIDMAR**
                                                       **United States Magistrate Judge**