IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON YOUNG, *et al.*,

    Plaintiffs,

v.                                                    Civ. No. 22-541 WJ/GBW

H.H. ELECTRICAL, LLC,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court upon notice from the parties. The Court will hold a telephonic status conference on **February 21, 2023, at 4:00 p.m.** Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461,** to connect to the proceedings. Client attendance is not required.

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE