IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BRANDON YOUNG, § <br> STEVEN L'ECUYER, JOSHUA § <br> KELLEY, and KLYER HARTMAN, § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> H.H. ELECTRICAL, LLC, JOHN NORRIS, § <br> VERNON BLACK, BRADBURY STAMM § <br> CONSTRUCTION, INC., DONNER § <br> PLUMBING AND HEATING, INC., and § <br> ROBINS & MORTON CORPORATION § <br> § <br> Defendant. § | Civil Action No. <br> 2:22-cv-00541 MLG-JHR |

## ORDER VACATING DEADLINES

THIS MATTER having come before the Court on the Third Joint Motion to Vacate and Reschedule Pretrial Deadlines of Plaintiffs BRANDON YOUNG, STEVEN L'ECUYER, JOSHUA KELLEY, and KYLER HARTMAN, and Defendant H.H. ELECTRICAL, LLC, by and through their respective undersigned counsel, wherein the parties jointly requested that the Court vacate current pretrial deadlines.

1. Pursuant to prior scheduling orders entered by the Court, the Court has set certain pretrial deadlines. However, pursuant to their recently filed Third Amended Complaint, the Plaintiffs have joined three new corporate Defendants, Bradbury Stamm Construction, Inc., Donner Plumbing and Heating, Inc., and Robins & Morton Corporation.

2. In their Third Joint Motion to Reschedule Pretrial Deadlines, the current parties jointly ask that the Court vacate and reschedule current deadlines, as well as the Settlement

1

Conference currently scheduled for September 25, 2023, to allow the new Defendants to properly participate in the litigation and the referenced settlement conference.

      3.      For good cause shown, the Court GRANTS the Third Joint Motion to Reschedule Pretrial Deadlines, and hereby vacates all pending pretrial deadlines, and further vacates the Settlement Conference currently scheduled for September 25, 2023.

      IT IS SO ORDERED.

_____
HON. JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE