UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BRANDON YOUNG, STEVEN L'ECUYER, JOSHUA KELLEY and KYLER HARTMAN,<br><br>    Plaintiffs<br><br>v.<br><br>H.H ELECTRICAL, LLC, JOHN NORRIS, VERNON BLACK, BRADBURY STAMM CONSTRUCTION, INC., DONNER PLUMBING AND HEATING, INC.<br><br>    Defendants<br><br>BRADBURY STAMM CONSTRUCTION, INC., DONNER PLUMBING AND HEATING, INC.<br><br>    Cross-Claimant and Third-Party Plaintiff,<br><br>ENOCH MECHANICAL, INC., and TDI NEW MEXICO, INC. dba TDINDUSTRIES, INC.,<br><br>    Third-Party Defendants,<br><br>and<br><br>H.H. ELECTRICAL, LLC,<br><br>    Cross-Defendant | CIVIL ACTION NO. 2:22-cv-00541 |

**JOINT MOTION TO DISMISS
CERTAIN PARTIES WITH PREJUDICE**

All of the Parties in this cause of action jointly file this motion.

The Parties have reached a Settlement Agreement amicably resolving all claims pending in this Lawsuit. Under the Settlement Agreement, the Parties agree that all claims by or against the following parties should be dismissed at this time with prejudice to re-filing the same:

1. BRADBURY STAMM CONSTRUCTION, INC.,
2. DONNER PLUMBING AND HEATING, INC.,
3. ENOCH MECHANICAL, INC., and
4. TDI NEW MEXICO, INC.

The Parties do not yet move to dismiss Plaintiffs' claims against Defendants H.H. ELECTRICAL, LLC, JOHN NORRIS, and VERNON BLACK, as contemplated by this Court's January 21, 2025, Order extending the deadline to file closing documents. (ECF No. 107.)

The Parties agree that all costs incurred by each party are to be paid by the party incurring the same.

## PRAYER

All Parties jointly pray that the Court dismiss the parties listed above with prejudice.

Respectfully submitted,

ATTORNEY FOR PLAINTIFFS

**Fair Labor Law PLLC**

By:/s/ Aaron Johnson
Aaron Johnson
Attorney-in-Charge
Texas Bar No. 24056961
Email: ajohnson@fairlaborlaw.com
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 77056
Tel.: (512) 277-3505

ATTORNEYS FOR DEFENDANTS, CROSS-PARTIES, AND THIRD PARTIES

**Bradbury Stamm Construction Inc.,**

By: */s/ Travis Jackson*
Travis Jackson
Attorney at Law
Jackson Loman Downey &
Stevens-Block, P.C.
201 Third Street, NW, Suite 1500
Albuquerque, New Mexico 87102

**Donner Plumbing and Heating Inc.,**

By: */s/ Charlotte Lamont*
Charlotte Lamont
Attorney at Law
Miller Stratvert, P.A.
500 Marquette N.W., Suite 1100
Albuquerque, New Mexico 87102

**Enoch Mechanical, Inc.,**

By: */s/ Sean Calvert*
Sean Calvert
Attorney at Law
8894 Washington St., N.E., Suite E
Albuquerque, New Mexico 87113

**TDI New Mexico, Inc.,**

By: */s/ Dominica Minore*
Dominica Minore
Attorney at Law
Minore Law
9375 E. Shea Blvd, Suite 100
Scottsdale, Arizona 85260