IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON YOUNG, et al.,

    Plaintiffs,

v.    Case No. 2:22-cv-00541-MLG-JHR

H.H. ELECTRICAL, LLC, et al.,

    Defendants.[1]

## NOTICE MEMORIALIZING DISMISSALS

This matter comes before the Court on the parties' Joint Motion to Dismiss Certain Parties with Prejudice. Doc. 108. Stipulated dismissals are self-executing under Federal Rule of Civil Procedure 41(a)(1)(A). *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). However, in the interest of clarity, the Court enters this notice memorializing which parties have been dismissed.

Defendants Bradbury Stamm Construction, Inc., Donner Plumbing and Heating, Inc., Enoch Mechanical, Inc., and TDI New Mexico, Inc., have been dismissed with prejudice pursuant to Rule 41(a)(1). The parties named herein shall bear their own costs and attorney's fees.

                                            UNITED STATES DISTRICT JUDGE
                                            MATTHEW L. GARCIA

---

[1] Several Defendants are also Third-Party Plaintiffs/Defendants and Cross-Claimants/Defendants. For brevity, the Court does not lay out the full caption in this Notice.