UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BRANDON YOUNG, STEVEN L'ECUYER, JOSHUA KELLEY and KYLER HARTMAN,<br><br>    Plaintiffs<br><br>v.<br><br>H.H ELECTRICAL, LLC, JOHN NORRIS, VERNON BLACK, BRADBURY STAMM CONSTRUCTION, INC., DONNER PLUMBING AND HEATING, INC.<br><br>    Defendants<br><br>BRADBURY STAMM CONSTRUCTION, INC., DONNER PLUMBING AND HEATING, INC.<br><br>    Cross-Claimant and Third-Party Plaintiff,<br><br>ENOCH MECHANICAL, INC., and TDI NEW MEXICO, INC. dba TDINDUSTRIES, INC.,<br><br>    Third-Party Defendants,<br><br>and<br><br>H.H. ELECTRICAL, LLC,<br><br>    Cross-Defendant | Civil Action No. 2:22-cv-00541MLG-JHR |

**JOINT MOTION TO DISMISS
REMAINING PARTIES WITH PREJUDICE**

Plaintiffs BRANDON YOUNG, STEVEN, L'ECUYER, JOSHUA KELLEY and KYLER HARTMAN, by and through their undersigned counsel of record, and Defendants H.H ELECTRICAL, LLC, JOHN NORRIS and VERNON BLACK, by and through their undersigned

1

counsel of record, state that they previously reached a Settlement Agreement amicably resolving all claims pending in this Lawsuit, and that all initial and deferred payments due from said Defendants to said Plaintiffs have now been satisfied. Therefore, said parties agree and represent that all claims among them should be dismissed at this time with prejudice.

With the entry of this order, this case should be completely resolved.

WHEREFORE, Plaintiffs BRANDON YOUNG, STEVEN, L'ECUYER, JOSHUA KELLEY and KYLER HARTMAN, and Defendants H.H ELECTRICAL, LLC, JOHN NORRIS and VERNON BLACK, request that this action, and all claims among them, be dismissed with prejudice.

Respectfully submitted,

ATTORNEY FOR PLAINTIFFS BRANDON YOUNG, STEVEN, L'ECUYER, JOSHUA KELLEY and KYLER HARTMAN,

Fair Labor Law PLLC

By:*/s/ Aaron Johnson*
Aaron Johnson
Attorney-in-Charge
Texas Bar No. 24056961
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 77056
512-277-3505
ajohnson@fairlaborlaw.com

ATTORNEY FOR DEFENDANTS
H.H ELECTRICAL, LLC,
JOHN NORRIS and VERNON BLACK

By:*/s/ Michael Allison*
Michael Allison
Attorney at Law
The Allison Law Firm, P.C.
P. O. Box 25344
Albuquerque, New Mexico 87125
505-204-7639
michael@allison-lawfirm.com