IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON YOUNG, et al.,

    Plaintiffs,

v.                                                          Case No. 2:22-cv-00541-MLG-JHR

H.H. ELECTRICAL, LLC, et al.,

    Defendants.[1]

## FINAL ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Motion to Dismiss Remaining Parties with Prejudice, Doc. 110. The Court, having considered the motion and being otherwise fully informed, finds that it is well taken.

All remaining defendants and claims in this case are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Final judgment will be entered separately pursuant to Federal Rule of Civil Procedure 58(a). The parties shall bear their own costs and attorney's fees.

It is so ordered.

                                            UNITED STATES DISTRICT JUDGE
                                            MATTHEW L. GARCIA

---

[1] Several Defendants are also Third-Party Plaintiffs/Defendants and Cross-Claimants/Defendants. For brevity, the Court does not lay out the full caption in this Order.