IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON YOUNG, et al.,

    Plaintiffs,

v.                                                                                      Case No. 2:22-cv-00541-MLG-JHR

H.H. ELECTRICAL, LLC, et al.,

    Defendants.[1]

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Final Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case. The Court orders that this civil action is dismissed with prejudice.

                                      UNITED STATES DISTRICT JUDGE
                                      MATTHEW L. GARCIA

---

[1] Several Defendants are also Third-Party Plaintiffs/Defendants and Cross-Claimants/Defendants. For brevity, the Court does not lay out the full caption here.